## AFFIDAVIT

I, Eric Burchfield, a detective with the Jackson County Drug Task Force, being duly sworn, hereby state as follows:

1.      I am a Detective with the Blue Springs, Missouri Police Department and have been a law enforcement officer since May 1997.  I am currently assigned as a Detective with the Jackson County Drug Task Force ("JCDTF") and have served in that capacity since March 2008.  While assigned to the JCDTF, I have participated in numerous illegal drug/narcotics and weapons related investigations. My training and experience have involved wire and electronic surveillance, physical surveillance, search warrant executions, arrests of numerous drug traffickers, and the handling of cooperating sources and sources of information.  I have received training and have been involved in the investigations of drug trafficking, money laundering, and the movement and concealment of proceeds and assets purchased with proceeds of drug transactions.

2.      The information contained in this Affidavit is based on my personal knowledge and observations, my training and experiences, and information provided to me by other law enforcement officers and individuals.  Because this Affidavit is being submitted for the limit purpose of a criminal complaint, I have not included every fact known to me concerning this investigation.

3.      On March 10, 2026, federal search warrant 26-SW-00113-JAM was served at 11601 East 25th Street South, Independence, Jackson County, Western District of Missouri, the residence of Marceil Danial WORTHAM.

4.      In total, investigators seized approximately 24 kilograms of methamphetamine from the residence, as follows:

   a. Investigators seized sixteen (16) clear plastic bags that contained a crystal substance from inside a gray suitcase in the basement.  The total weight of the bags was 15,942.90

grams. One of the sixteen (16) bags of crystal substance seized from the gray suitcase was field-tested and returned positive for methamphetamine.

b. Also seized from the basement were seven (7) Ziploc type bags, 1 (one) white plastic grocery sack, and a plastic bowl that contained a crystal substance. These items were seized from inside a cardboard box. Inside the white plastic grocery sack were 15 (fifteen) smaller baggies of crystal substance packaged for sale. The total weight of all items from the cardboard box was 7,354.40 grams. One of the seven (7) Ziploc type bags seized from the cardboard box was field-tested and returned positive for methamphetamine.

c. Investigators seized a clear plastic bag containing a crystal substance from inside a dresser drawer in WORTHAM'S bedroom. The bag weighed 915.60 grams and field tested positive for methamphetamine.

5. Investigators seized three (3) firearms from inside the hall closet. The firearms were: a .22 caliber Beretta semi-automatic rifle, Model ARX 160, Serial Number PB010358, loaded with ten (10) live rounds of .22 caliber ammunition. A black, AST brand 12 gauge shotgun, serial number P00002-16. A 7.62 x 39 mm, Century Arms Inc., model number M70ABM, AK-47 style rifle with Serial Number NCE1-000584. The rifle was loaded with 13 rounds of live 7.62 x 39mm ammunition. One live round was in the rifle chamber.

6. Investigators seized four (4) firearms from WORTHAM'S bedroom. The firearms were: a black and tan, semi-automatic pistol with no make, model or serial number, loaded with fifteen (15) live rounds of 9mm ammunition including one in the chamber, a black and white AR-15 style rifle with no make, model or serial number, a black Kel-Tec, AR-15 style rifle, no serial

2

number, loaded with twenty-six (26) live rounds of .556 ammunition, a black AR-15 style pistol, with no make, model or serial number, loaded with fourteen (14) live rounds of ammunition.

7. On March 11, 2026, WORTHAM provided a post-*Miranda* statement to investigators. WORTHAM stated that the gray suitcase in the basement that contained methamphetamine belonged to him. WORTHAM stated that the bags of methamphetamine inside the cardboard box also belonged to him. WORTHAM admitted that the bag of methamphetamine seized from his dresser drawer belonged to him. WORTHAM stated that he sold methamphetamine to supplement his income and had sold methamphetamine for several years prior to his arrest. WORTHAM stated that the firearms that were seized from the residence belonged to him. He stated that he was a convicted felon and knew that he was not legally allowed to possess a firearm.

8. In my training and experience and based on the totality of the circumstances, the controlled substances seized here are consistent with possession with intent to distribute. In addition, in my training and experience, drug traffickers possess firearms to protect themselves and their supply of drugs or drug proceeds.

FURTHER AFFIANT SAYETH NAUGHT.

_Eric Burchfield_
Eric Burchfield, Detective
Jackson County Drug Task Force

Subscribed to and sworn to before me
Telephonically at 7:35 pm with signatures confirmed
this 11th day of March 2026.

_Jill A. Morris_
HONORABLE JILL A. MORRIS
United States Magistrate Judge
Western District of Missouri

3